Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Tyler Delaine Frawley

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>Tyler Delaine Frawley,<br><br>       Defendant. | Case No. 2:23-mj-00088-DJA<br><br>**Order** |

**Stipulation**

Mr. Frawley was charged by complaint with two counts: (1) Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)); and (2) Driving without a Driver's License (a violation of 36 C.F.R. § 4.2(b), incorporating NRS § 483.550(1)). (ECF No. 1.)

Pursuant to a plea agreement (ECF No. 13), Mr. Frawley pleaded guilty to Count One, and Count Two was dismissed. (ECF No. 12.) The Court sentenced Mr. Frawley as follows: "Defendant is sentenced to one year unsupervised probation; $800.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and victim impact panel; complete sixteen (16) hours online drug awareness

course; and restricted from Lake Meade National Recreational Area for six months. Should the defendant complete his obligations within the first six months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving, see plea agreement." (*Id.*)

Mr. Frawley now has completed the special conditions of his unsupervised probation.

Accordingly, the parties jointly request that the Court find that Mr. Frawley has completed the special conditions of his unsupervised probation and vacate the status check set for August 9, 2024. The parties further request that the Court allow Mr. Frawley to withdraw his guilty plea to Count One and enter a plea of guilty to Amended Count One: Reckless Driving. The parties further request that the Court set a deadline of October 4, 2024, for the parties to file a status report regarding the expiration of Mr. Frawley's one-year term of unsupervised probation.

Dated June 25, 2024.

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Skyler H. Pearson* |
| Rick Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Proposed Order**

Based on the representations of counsel, the Court finds that Mr. Frawley has completed the special conditions of his unsupervised probation.

IT IS THEREFORE ORDERED that the status conference set for August 9, 2024, at 11:30 AM is vacated and reset for October 18, 2024, 11:30 a.m.

IT IS FURTHER ORDERED that Mr. Frawley is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle while Under the Influence of Drugs.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

DATED this 25th day of June, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge