Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick A. Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

Attorney for Tyler Delaine Frawley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00088-DJA |
| Plaintiff, | **Joint Status Report and Stipulation** |
| v. | |
| Tyler Delaine Frawley, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler H. Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Tyler Delaine Frawley, that Mr. Frawley successfully completed one year of unsupervised probation.

1.  Mr. Frawley has completed the special conditions of his unsupervised probation and one year term of unsupervised probation.

2.  Accordingly, the parties jointly request that Mr. Frawley's unsupervised probation be terminated.

DATED this 10th day of October, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender<br>Attorney for Tyler Delaine Frawley | By /s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00088-DJA |
| Plaintiff, | **Order** |
| v. | |
| Tyler Delaine Frawley, | |
| Defendant. | |

Based on the representations of counsel, and good cause appearing therefore, the Court finds that Mr. Frawley has successfully completed the special conditions of his unsupervised probation and one year term of unsupervised probation.

IT IS THEREFORE ORDERED that Mr. Frawley is no longer subject to unsupervised probation.

DATED this 11th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3